IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ) ) ) Plaintiff, ) ) v. ) ) AMERICAN STANDARD, INC., ) d/b/a TRANE ) ) Defendant. ) ) | CIVIL ACTION NO. 3 06 0021 COMPLAINT JURY DEMAND JUDGE TRAUGER |

## NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of sex (female) and retaliation, and to provide appropriate relief to Cathy A. Patterson, whom American Standard, Inc., d/b/a Trane unlawfully terminated and who was adversely affected by such practices. The Commission alleges that Defendant fired Cathy A. Patterson from her sales position in retaliation for her complaining about sexual harassment. The Commission further alleges that Cathy A. Patterson was subjected to discipline for low sales because of her sex, female.

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Section 706 (f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-5(f)(1) and (3) ("Title VII") and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981(a).

1

2. The unlawful employment practices alleged below were committed within the jurisdiction of the United States District Court for the Middle District of Tennessee, Nashville Division.

## PARTIES

3. Plaintiff, the Equal Employment Opportunity Commission (the "Commission"), is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII, and is expressly authorized to bring this action by Section 706 (f)(1) and (3) of Title VII, 42 U.S.C. §2000e-5 (f)(1) and (3).

4. At all relevant times, Defendant American Standard, Inc. d/b/a Trane (the "Employer"), a Delaware corporation, has continuously been doing business in the State of Tennessee and the City of Nashville, and has continuously had at least 15 employees.

5. At all relevant times, Defendant Employer has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §§ 2000e(b), (g) and (h).

## STATEMENT OF CLAIMS

6. More than thirty days prior to the institution of this lawsuit, Cathy A. Patterson filed a charge with the Commission alleging violations of Title VII by Defendant Employer. All conditions precedent to the institution of this lawsuit have been fulfilled.

7. On or about November 21, 2003, Defendant Employer engaged in unlawful employment practices at its Nashville, Tennessee facility, in violation of Section 704 (a) of Title VII, 42 U.S.C. § 2000e-3.

8. Cathy A. Patterson was a salesperson in Defendant's Nashville, Tennessee office.

9. On October 16, 2003, Cathy A. Patterson, advised her supervisor that she had received an email from a co-worker that contained sexual overtones.

10. The co-worker had been warned previously by the same supervisor about sending similar emails.

11. As a result of Ms. Patterson's complaint and the resultant investigation, the co-worker was permitted to resign on October 21, 2003.

12. On November 19, 2003, Ms. Patterson was terminated by the same supervisor, allegedly for poor sales.

13. Ms. Patterson had worked as a team with a male sales person.

14. The male member of her team was not terminated for poor sales.

15. Ms. Patterson had never been reprimanded, warned, or otherwise notified that her sales were poor or that she faced discipline or termination for poor sales.

16. Males in her sales office with poorer sales than Ms. Patterson were not terminated.

17. The effect of the practice complained of in paragraphs 8 – 16 above has been to deprive Cathy Patterson of equal employment opportunities and otherwise adversely affect her status as an employee, in retaliation for opposing unlawful discriminatory practices.

18. The unlawful employment practices complained of in paragraphs 8 – 16 above were intentional.

19. The unlawful employment practices complained of in paragraphs 8 – 16 above were done with malice or with reckless indifference to the federally protected rights of Cathy A. Patterson.

## PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendant Employer, its officers, successors, assigns, and all persons in active concert or participation with it, from engaging in retaliation and any other employment practice which discriminates on the basis of retaliation.

B. Order Defendant Employer to institute and carry out policies, practices, and programs which provide protection against retaliation, and which eradicate the effects of its past and present unlawful employment practices.

C. Order Defendant Employer to make whole Cathy A. Patterson, by providing appropriate backpay with prejudgment interest, in amounts to be determined at trial, and other affirmative relief necessary to eradicate the effects of its unlawful employment practices.

D. Order Defendant Employer to make whole Cathy A. Patterson by providing compensation for past and future nonpecuniary losses resulting from the unlawful practices complained of in paragraphs 8 – 16 above, including emotional pain, suffering, inconvenience, and humiliation, in amounts to be determined at trial.

4

E.     Order Defendant Employer to pay Cathy A. Patterson punitive damages for its malicious and reckless conduct described in paragraphs 8-16 above, in amounts to be determined at trial.

F.     Grant such further relief as the Court deems necessary and proper in the public interest.

G.     Award the Commission its costs of this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by the Complaint.

>
> Respectfully submitted,
>
> JAMES LEE
> Deputy General Counsel
>
> GWENDOLYN YOUNG REAMS
> Associate General Counsel
>
> *Katharine W. Kores/ (SR)*
> KATHARINE W. KORES
> Regional Attorney
> TN Bar No. 6283
>
> *Faye A. Williams/ (SR)*
> FAYE A. WILLIAMS
> Supervisory Trial Attorney
> TN Bar No. 11730
>
> EQUAL EMPLOYMENT OPPORTUNITY
>  COMMISSION
> 1407 Union Avenue, Suite 621
> Memphis, Tennessee 38104
> Telephone: (901) 544-0140
>
> *Sally Ramsey*
> SALLY RAMSEY
> Senior Trial Attorney
> TN Bar No. 18859
>
> EQUAL EMPLOYMENT OPPORTUNITY
> COMMISSION
> 50 Vantage Way, Suite 202
> Nashville, TN 37228
> (615) 736-2105